IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: OHIO EXECUTION PROTOCOL LITIGATION | ) ) ) | |
| CLEVELAND JACKSON and JAMES HANNA, | ) ) ) ) | Case No. 2:24-mc-4027-RAH-CWB |
| Movants. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Cleveland Jackson and James Hanna initiated proceedings in this court on a request that the Alabama Department of Forensic Sciences be compelled to comply with a non-party subpoena *duces tecum* issued by the United States District Court for the Southern District of Ohio. (Doc. 1). Upon review and consideration of the motion, the Magistrate Judge directed that full and complete responses to the subpoena be provided to Plaintiffs no later than July 10, 2024 or, alternatively, that the Alabama Department of Forensic Sciences show cause by the same date as to why full and complete responses should not be compelled.

Plaintiffs now have filed notice that the Alabama Department of Forensic Sciences "has produced documents that seemingly satisfy the subject subpoena" and that "the matter has apparently been resolved." (Doc. 6 at p. 1). Based upon that representation, the Magistrate Judge hereby **RECOMMENDS** that the pending motion to compel (Doc. 1) be **DENIED AS MOOT** and that the proceedings in this court be terminated.

It is **ORDERED** that all objections to this Recommendation must be filed no later than **July 26, 2024**. An objecting party must identify the specific portion(s) of all factual findings/ legal conclusions to which objection is made and must describe in detail the basis for each objection. Frivolous, conclusive, or general objections will not be considered.

1

After receiving objections, the District Judge will conduct a *de novo* review of the challenged findings or recommendations. The District Judge may accept, reject, or modify the Recommendation or may refer the matter back to the Magistrate Judge with instructions for further proceedings. *See* 28 U.S.C. § 636(b)(1)(C). A party shall be deemed to have waived the right to challenge on appeal a District Judge's order to the extent it is based upon unobjected-to findings or recommendations. The court on appeal may review unobjected-to factual and legal conclusions only for plain error if necessary in the interests of justice. *See* 11th Cir. R. 3-1.

No party may appeal this Recommendation directly to the United States Court of Appeals for the Eleventh Circuit. An appeal may be taken only from an appealable order entered by the District Judge.

**DONE** this the 12th day of July 2024.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**