IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: OHIO EXECUTION PROTOCOL      )
LITIGATION                          )
                                    )
                                    )
                                    )         MISC NO. 2:24-MC-4027-RAH
                                    )
CLEVELAND JACKSON and JAMES         )
HANNA,                              )
                                    )
            Movants.                )

## ORDER

On July 12, 2024, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 7.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1.      The Recommendation (Doc. 7) is ADOPTED;

2.      The Motion to Compel (Doc. 1) is DENIED as moot; and

3.      This case is closed.

DONE, on this the 30th day of June 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE